Wendy M. Krincek, Esq.
Nevada Bar No. 6417
McCade Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenie
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com
mwing@littler.com

Attorneys for Defendants
KB HOME AND KB HOME SALES –
NEVADA INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE CHERNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KB HOME, a Delaware corporation; KB HOME SALES - NEVADA INC., a domestic corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02225-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT KB HOME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff STEPHANIE CHERNEY and Defendant KB HOME, through their counsel, hereby stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of August 28, 2026, up to and including **October 5, 2026.**

The requested extension is reasonable and necessary for two reasons. First, Co-defendant KB HOME SALES – NEVADA INC. waived formal service and its response is currently due on October 5, 2026. The extension will allow both Defendants' response deadlines to be aligned. Defendants anticipate filing a joint response to the Complaint. Second, Wendy M. Krincek, Esq. was lead counsel on this matter throughout the pre-litigation proceedings including but not limited to the administrative Charge of Discrimination. Ms. Krincek will be retiring from Littler Mendelson in early 2027. Kathleen Lucchesi, Esq. with Littler Mendelson is anticipated to

replace Ms. Krincek as lead counsel assuming Ms. Lucchesi's application to participate in this matter currently being prepared for submission pursuant to LR IA 11-1 (and anticipated to be filed shortly) is approved by this Court. The requested extension will allow Ms. Lucchesi time to become familiar with this matter.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: August 26, 2026

*/s/ Danielle J. Barraza, Esq.*
Lynne Bernabei, Esq.
Pro Hac Vice Forthcoming
BERNABEI & KABAT, PLLC

Kathleen J. England, Esq.
GILBERT & ENGLAND LAW FIRM

Jason Maier, Esq.
Danielle J. Barraza, Esq.
MAIER GUTIERREZ & ASSOCIATES

Attorneys for Plaintiff
STEPHANIE CHERNEY

*/s/ McCade Wing, Esq.*
Wendy M. Krincek, Esq.
McCade Wing, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
KB HOME AND KB HOME SALES – NEVADA INC.

**IT IS SO ORDERED.**

Dated: August 27, 2026

UNITED STATES MAGISTRATE JUDGE



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800